Blatant Constitutional violations

Plain Incompentence/ineffective Counsel

Denied Due Process / Denied Pre-existing Rights

MIDDLE DISTRICT HEAD CLERK OF COURTS

Sean Wearen     THE REAL LAW FOR REAL JUSTICE

Defendant

V.                                                    Case#: 202/CF001767A

State of FLORIDA

Come Now the Defendant Sean Wearen in Peaceful Compliance, to the Middle District with the Complaints and breach of Numerous violations of My Pre-existing Constitutional Amendment Rights. I plea to the Mercy of the Court, from the Middle District, because of the fraudulent injustice practiced here in the Seminole County Court System. Due to the violations and the circumstance in My case, there is Noway I, A Man Sean Wearen can Receive a Fair Trial, for Reason as follow:

(1) There is No valid oath of office by a real judge in My case, so there is No Oath of affirmation to uphold the Constitution, the judge is a Executive Administrators, who enforce Statutes and codes, but a real judge do not enforce statutes and codes, and this court do Not follow it's own statutes and codes. There is No fair Trial without a real judge. A real judge Must remain Nuetral, unbias$ without predujice.

(2) It is a fact: I'm Denied Right of Reasonable defense arguments, and Denied defense Evidence and Right to Truth in Evidence, by state prosecutors and judge. They both have denied me my 5th Amendment of the Constitution, the Right to Due Process of Law,

1

Equal protection and Fair Trial, They refuse to answer pre-trial Notices.

(3) It is a fact: This court Commits Fraud and there is Falsification of Documents in My case, which caused Me to received a(FTA) Failure to appear, for Missing Court, Caused by the State Prosecutor Mailing My Court Notices to a fake false Made up address, I never Lived at, and I didn't Receive court Notice in a timely Mannor, this FTA is still being used against Me by Judge Orth and the State Prosecutor

(4) It is a fact: There is No proof of claim, No injured party with an affidavit, the State prosecutor did not Responed in a timely Mannor and Judge Orth act as the Judge and the Prosecutor, but there has Not been a proper Response or Rebuttle to any of the defendants Notice and demand filed in court, only evasive tactics from the court. claimants fail to provide foreign Agent Registration statement act of 1938.

(5) It is a fact: My 1st Amendment Rights have been violated, My right to be heard, when the Judge refuse to answer anymore of My questiones concerning his Oath of office, to uphold the Constitution, and to protec My Pre-existing rights in a court of Law. See court Minutes - 08/05/2022 8:35 Am on-CO: 58 Log: 845 TAPE.

(6) I have been denied affective assistance of counsel since this case started, from plain incompentence of a public defender to the ineffective assistance of counsel, from a paid Attorney, who was allowed to withdraw from My case, by Judge William Orth and take My Money, a retainer fee the Sum of $3,300, He's currently being investigated by the Florida Bar Association, Mr. Horween Kendall.

2

(A) My 6th Amendment Rights was violated again, when judge William Orth forced me to take back the same public defender, place her back on my case, without my consent. This is the same counsel who was neglecting her duties and being incompentent, causing me to receive a FTA, which she admitted in open court. I requested To be Pro se; Judge ORTH ignored my request. See court minutes-case #2021CF001767A-8:35Am-08-05-2022-CD: SB LOG: 845 TAPE

(7) It is a fact: My case is clearly a constitutional crisis, and I'm being punished with excessive bail and excessive bail conditions, because of a FTA, caused by a Automobile accident, and circumstances beyond my control, my bond was Revoked by judge Orth, who simply wanted to punish me, and ignored the Automobile accident that Left me Stranded, revoking my bond, After I contacted the court, the public defender, and bondman during the time of the accident. I also gave the court Supporting Documents from a Police officer, who assisted me in the accident, photos of the damaged vehicle, and paperwork from the towe Service. My bond was still revoked, causing me to Loose the Sum of $4,225.00, lost of employeement and business, lost of residence, and to be in debt, with past due bills. I've been incarcerated over 10 months or about that long, because of this FTA, and now the judge gave me a New $25,000.00 bond, with traveling restriction and a ankle Monitor, and I turned myself in on the Bench warrant issued by judge ORTH. This clearly is a violation of my 8th Amendment Constitutional Rights, for excessive bail, and I do not fit the criteria for pretrial detention or to revoke bond and I can't afford the New bond, so I'm still incarcerated

(8) This is a fact: This Court also violated my right to speedy trial, there was no waiver of my speedy trial on filed, as of 6-15-2022, and my original arrest date on this case is July 16th, 2021. Because of the Bench warrant, I was re-arrested arrested on the exact same charges on March 22nd, 2022, the court was suppose to get my consent to waive my speedy trial rights or take me to trial within 180 days of my arrest, but the court fail to do so, this case should be dismissed

(A) My Attorney of record At the time, was Mr. Horween Kendall, Mr. Kendal and the State Prosecutor, as well as the judge Mr. ORTH, decided to cover up the issue, and did not have my consent to waive my speedy trial Rights, but waived my speedy trial rights, without my Knowledge. I later learned of this illegal tactic and cover-up Scheme, through a Florida Bar investigation on my Attorney Mr. Kendall, who admitted to this conflict and Trespass against me, in his own words, in a response to my complaint against him, to the Florida Bar, again judge William ORTH was Fully aware of the Conflict and issue, because he wouldn't continue with the case, until Counsel found a way to fix it without my consent, but the judge still allowed it to continue in his courtroom, This case should be dismissed. This is clearly a violation and a real conspiracy to violate my Due Process of Law, Equal Protection, and Rights to a fair trial. Mr. Kendall my Attorney allowed two other counsel or Attorneys to appear in his behalf, to help cover up and hide the conflict and trespass against my Constitutional Rights. (See exhibits and Attachments) response to Florida Bar Complaint — This should not be allowed, this case should be Dismissed on these grounds alone.

4

(9). The Conspiracy to deny me my Right to Due Process of Law, Started from the Original arrest and I have presented overwhelming Evidence to the Courts, that the Original arrest is a violation of my 4th Amendment Rights of the Constitutional, but I've been told by the public defender on my case, that here in Seminole County they don't honor or practice the 4th amendment here or the Supreme court Law of the Land, which is the real Law. This case Should be dismissed on the ground of illegal Detention, illegal Search and Seizure, and by way of Evidence it can be proven, the officer could have planted, Tampered with, and staged the drugs in this case, and I'm requesting the officer's Body Cam, but I haven't been allowed to see it, and my public defender won't bring it to show me. I requested the TAF camera footage Audio and video, which isn't apart of my discovery, from the state.

(10) I have Sent all Evidence of Notice and Demand, Affidavit of Facts, Request for proof of Claims, violations of Due process, Speedy trial Conflict Lack of Jurisdiction, and Constitutional Crisis, with the 4th Amendment Violations, to show I've tried everything according to the Law, the Supreme Court Law, the Constitutional Amendment Rights of the people. But this Court Do Not uphold the Constitutional Rights of the people, they only enforce Statues and Codes against the Citizen. There are no Rules here and they are doing anything to us and getting away with it Now. This is Not a Legal Judicial Court, The State is a Corporation, Not an injured party with affidavit, a corporation Cannot Testify

(11) This applies both with Federal Rules of Evidence and state Rule of Evidence, there must be a Comptent first hand witness(a body).

There has to be a Real person making the complaint and bringing evidence before the court, Corporations are paper and can't Testify. Manifestly, (Such statements) cannot be properly considered by us in the disposition of (a) Case. United States V. Lovasco (431 U.S. 783, 97 S. Ct. 2044, 52 L. Ed. 2d 752, 06-09-77

(12) Any claim of immunity is a fraud because, if void, it would prevent Removal from office for crimes against the people, which Removal is authorized or even mandated U.S. Constitution Article 2, Section 4; as well as 18 USC 241, 242 - 42 USC 1963, 1955, 1956 and other State Constitutions.

(13) Not every action by any judge is in exercise of his judicial function. It is Not a judicial function for a judge to commit an intentional Tort, even occurs in the Courthouse, when a judge acts as a Trespasser of the Law, when a judge does not follow the law, the judge loses Subject Matter jurisdiction and The judges orders are void, of No legal force or effect". Yates VS. Village of Hoffman Estates Illinois. 209 F. Supp. 757 (N.D. Ill. 1962). Where a court failed to observe Safeguards, it amounts to denial of due process of law, Court is deprived of "juris" Merrit V. Hunter C. A. Kansas 170 F 2d. 739.

(H) Where there is no jurisdiction there is No judge; the proceeding is as Nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley V. Fisher, 13 wall 335, 351. "Manning V. Ketcham 58 F. 2d 948

6

(15) A void judgement is one which, from its inception, was a complete Nullity and without legal effect "Lubben v. Selective Service System Local Bd. No. 27. 453 F. 2d 645. 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972). Hobbs v. U.S. office of Personnel Management. 485 F. Supp. 456 (M.D. Fla. 1980). Void judgement is one which has No legal force or effect whatever, it is an absolute Nullity, its invalidity Maybe asserted by any person whose rights are affected at anytime and at any place and it need Not be Attacked directly but Maybe Attacked Collaterally whenever and wherever it is interposed. City of Lufkin v. McVicker. 510 S.W. 2d 141L Tex. Civ. App. Beaumont 1973). The Courts have decreed, that want of Jurisdiction Makes; all acts of judges, Magistrates, U.S. Marshal, Sheriffs, local police, all void and Not just voidable." Nestor v. Hershey 425 F 2d 504.

(16) When an individual is detained without Warrant and without having Committed a Crime (traffic infractions are Not Crimes) the detention is a false arrest and unlawful imprisonment. Trezevant v. City of TAMPA: 741 F 2d 336 (11 Cir 1984) Damages Awarded: Motorist illegally held for 23 Minutes on a traffic charge was awarded $25,000.00 in damages. (Sets foundation for $75,000.00 [hr., 600,000 /day).(See 4th Amendment Exhibit and Attachments)

(17) State Citizens are the only one living under free government, whose right are incapable of impairment by legislation or judicial decision. Twining v. New Jersey; 211 U.S. 97, 1908-State Citizenship is a vested Substantial property right, and the State has No power to

divest or impair these rights. Favot V. Kingsbury. (1929) 98 Cal.
App. 284. 276 P. 1083: The state cannot diminish rights of the
people. Hertado V. California. 110 U.S. 516

(18) I include a Certificate of Non-Response, that was File to
the Trial Court, there has not been a proper response from the
State prosecutor or clerk of the court, when I was Prose.
representing Myself, before the judge ORTH, forced Me to
except the Same public defender back on My Case, without My
consent, but by force, Duress, threat, and coercion. "Silence is Aequiesewa

Being of Compentent and Sound Mind; I There by Exercise My
rights to Assist in My own Defense. 15 U.S.C. Sec. 1692(E) 3.- The
False Representation or implication that any individual is an
Attorney or That Communication from An Attorney. I do not consen
to having a Attorney, I only have Assistance of Counsel, by force,
Duress, Threat, and coercion, by Decision of the Judge. See court
Minutes Case# 2021CF001767A, L8:35 AM ON 08/05/2022 CD:5B Log: 845 7

Wherefore Defendant request this Honorable Court to protect his pre-
existing Constitutional Rights and force the Trial Court to follow the
real Law of the Land the Constitution. This Case is a Constitutional
Crisis and should be Dismissed, for ill-Reverible Plain Error.

I Did not mean to overwhelm the court, but the Trial court has a
blatant Disregaurd for the Constitution, My pre-existing Rights
as well as My Due process of Law, and I can not Receive a Fair Trial

8

CERTIFICATE OF SERVICE

Under Penalties of Perjury The under Signed Certifies
That a copy of the foregoing Was mailed to Clerk of Court
Middle District Head Clerk of Court 300 S. Beach St.
Daytona Beach, FL. 32114, This 21st day of December, 2022

Time 2:00 PM

RE: U.S. DEPT OF JUSTICE
    CIVIL Rights DIVISION
950 PennsylvanIA AVE. NW.
OFFICE OF ASSISTANCE
ATToRNey GENEral MAIN
WAshington DC. 20530

: Sean - Dewitt : Wearen.
Sean Dewitt Wearen
John E. Polk
Correctional Facility
211 Eslinger Way
Sanford, FL. 32773

9-